IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                      Case No. CR-2-14-272
                                          JUDGE GREGORY FROST

MARIA MASCIO,

    Defendant.

## ORDER

This matter came on for consideration upon Defendant's Unopposed Motion For Travel (ECF No. 26) filed on November 25, 2015.

The Government does not oppose the request.

The Court finds the motion to be well taken and the Court **GRANTS** the same.

Defendant shall be permitted to travel to her sister's home in California on or around December 6, 2015.  Defendant will remain in her sister's care in California for several weeks until she can be escorted to Hartford Hospital in Hartford, Connecticut for competency restoration inpatient treatment in early January, 2016.

Defendant shall contact Pretrial Services with the name, address, and telephone number of where she will be staying while in the California area.  All other conditions of release shall remain in full force and effect.

    **IT IS SO ORDERED.**

                                                 /s/ Gregory L. Frost
                                                **GREGORY L. FROST**
                                                **United States District Judge**